No. 95–257. GHANAYEM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–283. BAUMAN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–285. GILHAM v. UNITED STATES; and
No. 95–5697. BARCUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–286. MISSISSIPPI RIVER TRANSMISSION CORP. ET AL. v. SECRETARY, LOUISIANA DEPARTMENT OF REVENUE AND TAXATION. Ct. App. La., 1st Cir. Certiorari denied.

No. 95–287. ELEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–302. CRESPO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–313. OZAR ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–317. WOODBRIDGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–328. FINLAY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–332. SWEARENGEN ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–338. MANDACINA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–347. BORELLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5001. MORGAN v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5002. CULBREATH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5003. BAKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.